# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

1 MINUTE

**MINUTE OF PROCEEDINGS**  DATE: <u>October 28, 2021</u>
**U.S. MAGISTRATE JUDGE CAMILLE VELEZ-RIVE**  AUSA Jonathan Gottfried

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>v<br><br>HIPOLITO LARREGUI-SANTIAGO (1)<br>DELIS B. RIVERA-SOTO (2)<br>Defendant(s) | Return of<br>Superseding Indictment by the Grand Jury<br>Criminal No.  **21-CR-00393 (PAD)** |

Superseding Indictment was filed in open court.

**Arraignment as to defendant #2 is set for October 28, 2021 at 11:30 AM via VTC before Magistrate Judge Marshal D. Morgan.**

**Arraignment as to defendant #1 is set for November 12, 2021 at 1:30 pm via VTC before Magistrate Camille Velez-Rivé.**

Case is assigned to Judge Pedro A. Delgado.

**NEW CASE:**

☒ This Indictment supersedes Criminal Case No. <u>21-393</u>.

☒ Defendant(s) #2 has/ha<u>ve</u> appeared <u>in  21-MJ-01280. This case having been merged is hereby closed.</u>

☐ Defendant(s)  **has/have not** appeared in a magistrate case.

☐ The Court granted the government's motion to seal.

☒ Defendant(s) #2 is/are to remain on same bond.

☒ Defendant(s) #1 is/are under custody.  Marshal to produce defendant(s).

☐ Arrest warrants to be issued.

☐ Summons to be issued.

☐ Defendant(s) _____ Clerk to notify : (         ) Defendant   (      ) Sureties .

**S/Miriam Cruz**
Courtroom Deputy Clerk