# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　Plaintiff,<br><br>　　　v.<br><br>DELIS RIVERA SOTO<br>　Defendant. | Criminal no. 21-393 (PAD) |

**MOTION FOR AUTHORIZATION TO FILE CJA VOUCHER**

**TO THE HONORABLE COURT:**

Comes now the undersigned, and respectfully states and prays as follows:

**TO THE HONORABLE COURT:**

Comes now the defendant, Delis Rivera Soto and respectfully states and prays as follows:

1. Upon request, the undersigned counsel was withdrawn from the representation of Delis Rivera Soto, and appointed Linda Backiel, Esq., to represent Mrs. Rivera Soto in this matter (*See* Docket Entry #88)

2. The undersigned has forwarded the available discovery and has debriefed Mrs. Backiel, Esq., on all relevant matters in this case.

WHEREFORE, due to the undersigned having completed all his duties in this case, permission is requested to file a CJA Voucher for this case.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 7th day of May, 2023.

**I HEREBY CERTIFY**, that on this date the present document has been filed electronically and is available for viewing and downloading from the Court's CFM/ECF system by U.S. Attorney's Office.

　　　　　　　　　　　　*s/ Diego H. Alcalá Laboy*
　　　　　　　　　　　　Diego H. Alcalá Laboy
　　　　　　　　　　　　PO Box 12247
　　　　　　　　　　　　Tel.: (787) 432-4910

USDC-PR No. 300504
dalcala@defensorialegal.com